**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01337-PAB-KAS

KRISTEN GRAESSER,

    Plaintiff,

v.

IQVIA RDS INC., a North Carolina corporation,

    Defendant.

---

**DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT TO ITS MOTION FOR ATTORNEYS' FEES AND INTEREST AS RESTRICTED**

---

Defendant IQVIA RDS Inc. ("Defendant" or "IQVIA"), respectfully submits this motion for leave to file under "Restricted" status Exhibit A to its Motion for Attorneys' Fees and Costs filed on September 26, 2023, pursuant to D.C.COLO.LCivR 7.2, and states the following in support:

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)**

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel stated that he takes no position as to this Motion.

1.    Exhibit A to Defendant's Motion for Attorneys' Fees and Interest is a full collection of all billing statements issued to Defendant for work done on this matter from the time of filing of the Complaint through August 31, 2023. The exhibit contains billing rates, work product, attorney strategy and other confidential information specific to the relationship between

the undersigned and Defendant throughout the pendency of this lawsuit and is confidential in nature.

2. Exhibit A for which Defendant seeks restricted status contains private and/or confidential information that if made public could be harmful to Defendant and/or its counsel. As a result, Defendant proposes restricting the exhibit on Defendant and the undersigned counsels' behalf. The parties' efforts to ensure that confidential information is protected will be nullified if public disclosure is permitted.

3. The exhibit cannot be redacted without altering the efficacy of its use as an exhibit, therefore, Defendant seeks to restrict its status by designating the exhibit as Level 1 restricted status, which prevents public viewing.

WHEREFORE, Defendant respectfully request the Court to enter an order granting leave to file Exhibit A to its Motion for Attorneys' Fees and Interest under Level 1 restricted status.

Respectfully submitted this 26th day of September, 2023.

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
Jessica S. Reed-Baum
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Ryan.Lessmann@jacksonlewis.com
Jessica.Reed-Baum@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 26th day of September, 2023, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT TO ITS MOTION FOR ATTORNEYS' FEES AND INTEREST AS RESTRICTED** was served via CM/ECF on the following:

Adam M. Harrison
Claire E. Hunter
HKM Employment Attorneys LLP
730 17th Street, Suite 730
Denver, CO 80202
aharrison@hkm.com
chunter@hkm.com

*Attorneys for Plaintiff*

                                              s/ *Arianna N. Cooper*
                                              for Jackson Lewis P.C.